```
                    IN THE UNITED STATES BANKRUPTCY COURT
                         FOR THE DISTRICT OF KANSAS
```

IN THE MATTER OF:
                                                    CHAPTER 13
 JOHN DELWYN STEELE                        )        CASE NO.: 09-40953
 LINDA JOYCE STEELE                        )
 2102 SW 66TH

 TOPEKA KS 66619

FOR: SHAWNEE COUNTY TREASURER                       OBJECTION TO CLAIM
     200 E 7TH ST                                   NO.:  10
     STE 101
     TOPEKA  KS 66603

**OBJECTION TO CLAIM**

    COMES NOW, Jan Hamilton, Trustee, and objects to the allowance of the above claim as filed and recommends to the Court it be treated as follows:

Allowed as a SECURED claim in the                   $      446.06 Principal
amount shown at right for the following reason:     $       24.97 Interest
    THIS REPRESENTS THE AMOUNT PAID BY THE TRUSTEE PRIOR TO
    CREDITOR NOTIFICATION THAT THE ACCOUNT IS NOW PAID IN FULL

WHEREFORE, the Trustee prays the foregoing claim be allowed as set forth above.

DATED: February 8, 2011                      s/ - JAN HAMILTON, TRUSTEE
                                            PO Box 3527, Topeka, KS 66601

                    NOTICE WITH OPPORTUNITY FOR HEARING

The above-named creditor, debtor(s), and debtors' attorney are hereby notified of the above Motion and given 30 days from February 8, 2011 to file written objection thereto. If no objection is filed, an ex parte order will be entered. If an objection is filed by March 10, 2011, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 444 SE Quincy, Room 210, Topeka, Kansas 66683, on Tue April 5, 2011 at 1:30 PM.

                         CERTIFICATE OF SERVICE

I certify that I electronically filed the above and foregoing Motion with the Court via the CM/ECF system, which notices all interested parties using the CM/ECF system. I have also mailed this pleading first class, to the creditor named above, the debtor and the following parties on this date: February 8, 2011.

                                             s/ - JAN HAMILTON, TRUSTEE


e:    CANDICA, LLC
      % WEINSTEIN & RILEY PS
      2001 WESTERN AVE, SUITE 400                               FG19/JR
      SEATTLE  WA 98121